KAPLAN v. FRIEDMAN CONST. CO. (Supreme Court, Appellate Division, First Department. February 24, 1911.) Action by Hyman Kaplan against the Friedman Construction Company. No opinion. Application granted. Order signed. See, also, 126 N. Y. Supp. 96.

KAPLAN, Respondent, v. MORSE DRY DOCK & REPAIR CO., Appellant. (Supreme Court, Appellate Division, Second Department. January 27, 1911.) Action by Esther Kaplan, an infant, etc., against the Morse Dry Dock & Repair Company. No opinion. Motion denied, with $10 costs. See, also, 126 N. Y. Supp. 1133.

KARNITSKY, Respondent, v. COHEN, FRANK & CO., Appellants. (Supreme Court, Appellate Division, Second Department. February 17, 1911.) Action by Morris Karnitsky, as assignee, etc., against Cohen, Frank & Co. No opinion. Judgment of the Municipal Court affirmed, with costs.

KASKELL, Respondent, v. TACK et al., Appellants. (Supreme Court, Appellate Division, Second Department. January 31, 1911.) Action by one Kaskell against Theodore E. Tack and another. No opinion. Motion for stay pending appeal denied.

In re KATHAN. (Supreme Court, Appellate Division, Second Department. January 13, 1911.) In the matter of Rutherford W. Kathan, an attorney. No opinion. Motion granted. See, also, 134 App. Div. 924, 118 N. Y. Supp. 1117.

KATZ, Appellant, v. J. APPLEGATE & CO., Respondent. (Supreme Court, Appellate Division, First Department. January 27, 1911.) Action by Gussie Katz against J. Applegate & Co. L. E. Rogers, for appellant. I. Gainsburg, for respondents. No opinion. Judgment and order affirmed, with costs. Order filed.

KATZ, Appellant, v. J. APPLEGATE & CO., Respondent. (Supreme Court, Appellate Division, First Department. January 27, 1911.) Action by Simon Katz against J. Applegate & Co. L. E. Rogers, for appellant. I. Gainsburg, for respondents. No opinion. Judgment and order affirmed, with costs. Order filed.

KELLY v. POSTAL LIFE INS. CO. (Supreme Court, Appellate Division, First Department. February 24, 1911.) Action by Bridget B. Kelly against the Postal Life Insurance Company. No opinion. Motion to dismiss appeal granted, with $10 costs. Order filed. See, also, 139 App. Div. 933, 124 N. Y. Supp. 1118.

KELLY, Respondent, v. WYATT, Appellant. (Supreme Court, Appellate Division, Third Department. January 4, 1911.) Action by John Kelly against Anna M. Wyatt.
PER CURIAM. Judgment reversed, as against the weight of evidence, referee discharged, and new trial granted with costs to appellant to abide event.
HOUGHTON, J., dissents.

KENNAHAN, Respondent, v. CITY OF NEW YORK, Appellant. (Supreme Court, Appellate Division, Second Department. February 17, 1911.) Action by John C. Kennahan against the City of New York. No opinion. Judgment of the Municipal Court affirmed, with costs.

KENNEDY, Respondent, v. NATIONAL INS. CO., Appellant. (Supreme Court, Appellate Division, Third Department. January 4, 1911.) Action by Bridget Kennedy against the National Insurance Company.
PER CURIAM. Judgment and order reversed, and new trial granted, with costs to appellant to abide event, unless the plaintiff stipulates to reduce the verdict to $850, in which case the judgment, as so modified, and the order, unanimously affirmed, without costs.

KERTSCHER & CO., Respondent, v. GREEN et al., Appellants. (Supreme Court, Appellate Division, First Department. February 17, 1911.) Action by Kertscher & Co. against Samuel Green and others. F. E. Anderson, for appellants. F. M. Avery, for respondents. No opinion. Judgment (67 Misc. Rep. 293, 124 N. Y. Supp. 461) affirmed, with costs. Order filed.

KIDDER, Appellant, v. PORT HENRY IRON ORE CO. OF LAKE CHAMPLAIN et al., Respondents. (Supreme Court, Appellate Division, Third Department. January 4, 1911.) Action by George S. Kidder against the Port Henry Iron Ore Company of Lake Champlain and another.
PER CURIAM. Interlocutory judgment affirmed, with costs, with leave to appellant to amend his complaint upon payment of costs of demurrer and of this appeal.
KELLOGG and COCHRANE, JJ., dissent. See, also, 126 N. Y. Supp. 1134.

KING, Appellant, v. GENERAL ELECTRIC CO., Respondent. (Supreme Court, Appellate Division, Third Department. January 4, 1911.) Action by Tony King against the General Electric Company.
PER CURIAM. Judgment and order affirmed, with costs.
SEWELL, J., dissents. KELLOGG, J., not voting.

KINGSLEY, Respondent, v. JACKSON BROS. REALTY CO., Appellant. (Supreme Court, Appellate Division, First Department. January 27, 1911.) Action by Albert J. Kingsley against the Jackson Bros. Realty Company. A. Rosenthal, for appellant. J. T. Delaney, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

In re KISSEL. (Supreme Court, Appellate Division, First Department. January 13, 1911.) In the matter of Caroline M. Kissel, deceased. No opinion. Order (65 Misc. Rep. 443, 121 N. Y. Supp. 1088) affirmed, with costs. Order filed.